**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7902**

———————

IN RE:  HENRY CLIFFORD BYRD, SR.,

                                                    Petitioner,

———————

On Petition for Writ of Mandamus.
(CA-03-1110)

———————

Submitted:  March 25, 2004          Decided:  March 31, 2004

———————

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Henry Clifford Byrd, Sr., Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Clifford Byrd, Sr., petitions for writ of mandamus and/or prohibition seeking an order directing the district court not to construe his complaint as one filed pursuant to 42 U.S.C. § 1983 (2000).

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Byrd is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus and/or prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED